**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 400 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JAMEL MONTGOMERY, | : | |
| | : | |
| Petitioner | : | |

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.